**Opinion issued December 5, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-24-00687-CV**

————————————

**IN RE PHILLIPS 66 COMPANY, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Phillips 66 Company, filed a petition for a writ of mandamus challenging the trial court's "June 25, 2024 Order Granting [Real Party in Interest, Raymend Scott's] Motion for Partial Summary Judgment on [His] Exclusive Remedy Defense[] and [i]ts June 25, 2024 Order Denying [Relator's] Plea to the

Jurisdiction and Motion to Abate."[1]  In connection with its petition for writ of

mandamus, relator also filed an "Emergency Motion for Stay of Trial Court

Proceeding."

We deny relator's petition for writ of mandamus and motion for temporary

relief.  *See* TEX. R. APP. P. 52.8(a).  All other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.

---

[1]  The underlying case is *Raymend Scott v. Phillips 66 Company*, Cause No. 2022-79660, in the 190th District Court of Harris County, Texas, the Honorable Beau A. Miller presiding.